2008532

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
JAN 0 3 2006
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

December 27, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
FEB 2 1 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Stephen Erhart, aka Stephen Anthony Erhart
v. United States
No. 05-8231
(Your No. 03-1414)

CR 01-300 DWF/AJB

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 15, 2005 and placed on the docket December 27, 2005 as No. 05-8231.

Sincerely,

**William K. Suter**, Clerk

by Melissa Blalock

Melissa Blalock
Case Analyst

RECEIVED
JAN 0 3 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
FEB 21 2006
U.S. DISTRICT COURT ST. PAUL