2042143

FILED
FEB 28 2006
MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 23, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 01-300 DWF/AJB

RECEIVED
BY MAIL
MAY 15 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Stephen Erhart, aka Stephen Anthony Erhart
v. United States
No. 05-8231
(Your No. 03-1414)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

SCANNED
MAY 15 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
FEB 28 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT