ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-300 (DWF/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | ORDER FOR DISPOSITION OF |
| | ) | FORFEITABLE PROPERTY |
| STEPHEN A. ERHART, | ) | |
| | ) | |
| DEFENDANT. | ) | |

WHEREAS on May 23, 2002, pursuant to Defendant Stephen A. Erhart's guilty plea, the Court's Findings of Fact, Conclusions of Law, Memorandum and Order entered March 13, 2002, and the Court's Order and Memorandum entered April 22, 2002, this Court entered a Preliminary Order of Forfeiture entering a $16,459.56 personal money judgment forfeiture against Stephen A. Erhart and forfeiting to the United States all Defendant Stephen A. Erhart's right, title and interest in and to the following property pursuant to 18 U.S.C. § 982(a)(7):

a. any and all proceeds in Wells Fargo Bank Account #0168229718;

b. any and all proceeds in Merrill Lynch Cash Management Account #673-20U92;

c. any and all proceeds in Merill Lynch IRA Account #673-78A21; and

d. any and all proceeds in Merrill Lynch IRA Account #673-75W73; and

JAN 31 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

161

cnsl, CFU, FLU, USM

WHEREAS, on or about July 15, 2002, the United States Marshal seized $335,143.79 from the above-described accounts; and

WHEREAS, on August 21, August 28 and September 4, 2002, in the Finance and Commerce, Minneapolis, Minnesota, the plaintiff published notice of the forfeiture of the above-described property, of the plaintiff's intent to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no petitions have been filed with the Clerk of Court or served on the United States Attorney, and the time for filing a petition has expired; and

WHEREAS, the plaintiff has met its burden of establishing the forfeitability of the above described property pursuant to 18 U.S.C. §982(a)(7) and the above-described proceeds is, accordingly, forfeitable; and

WHEREAS, the Court has determined that the sum of $1,234,270.00 is the gross proceeds derived from the Defendant's health care fraud offenses, which amount is forfeitable pursuant to 18 U.S.C. § 982(a)(7), and that sum is the amount of restitution owed to the victim's of the Defendant's health care fraud offenses; and

WHEREAS, the United States has agreed that the net of the $335,143.79 in forfeitable proceeds may be turned over to the Clerk

of Court for restitution to the victims of the Defendant's health care fraud offenses as identified at the Defendant's January 28, 2002, sentencing and in his Judgment, with a credit to be given against the $1,234,270.00 personal money judgment forfeiture against the Defendant;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the United States Marshal shall deduct its costs and expenses incurred for the seizure and disposition of the $335,143.79 in proceeds from the above-identified bank accounts; and

2. the remaining net proceeds shall be distributed to the Clerk of District Court as victim restitution to those victims identified in the Defendant's Judgment in a Criminal Case; and

3. a $1,234,270.00 personal money judgment forfeiture is entered against Defendant Stephen A. Erhart, against which he shall be given a credit for the net amount of the $335,143.79 transferred to the victims; and

4. the Court shall retain jurisdiction to review and decide any motions made by the United States for the substitution of assets for the remainder of the $1,234,270.00 money judgment

forfeiture and to enter any appropriate orders pursuant to Rule 32(e), Federal Rules of Criminal Procedure.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/31/03

DONOVAN W. FRANK, Judge
United States District Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America
Plaintiff,

**Case No. CR 01-300 (1) DWF/AJB**

v.

Stephen A. Erhart
Defendant.

**JUDGMENT IN A CRIMINAL CASE**

(x) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the United States Marshal shall deduct its costs and expenses incurred for the seizure and disposition of the $335,143.79 in proceeds from a. Wells Fargo Bank Account #0168229718; b. Merrill Lynch Cash Management Account #673-20U92; c. Merill Lynch IRA Account #673-78A21; and d. Merrill Lynch IRA Account #673-75W73;

2. the remaining net proceeds shall be distributed to the Clerk of District Court as victim restitution to those victims identified in the Defendant's Judgment in a Criminal Case; and

3. a $1,234,270.00 personal money judgment forfeiture is entered against Defendant Stephen A. Erhart, against which he shall be given a credit for the net amount of the $335,143.79 transferred to the victims; and

4. the Court shall retain jurisdiction to review and decide any motions made by the United States for the substitution of assets for the remainder of the $1,234,270.00 money judgment forfeiture and to enter any appropriate orders pursuant to Rule 32(e), Federal Rules of Criminal Procedure.

January 31, 2003

RICHARD D. SLETTEN, CLERK

Leah E. Gilgenbach
Leah E. Gilgenbach, Deputy Clerk

164