# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 06-4461

STEPHEN ERHART,

Defendant(s).

I hereby certify that on January 5, 2006, I served, or caused to be served, the following documents:

Government's Response in Opposition to Petitioner's Motion
for Habeas Relief Pursuant to 28 U.S.C. 2255

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Stephen Erhart
#10145-041
Duluth FPC
P.O. Box 1000
Duluth, MN 55814

RACHEL K. PAULOSE
United States Attorney

s/Lisa Wyatt
BY: LISA WYATT
Legal Assistant