# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Stephen Erhart CR 01-300(1) DWF/AJB
2. Defendant and Address: Reg No. 10145-041
   FPC Duluth
   P.O. Box 1000
   Duluth, MN 55814
3. Date of verdict: (x) N/A
4. Appealing: (x) Order denying 2255 Motion
5. Sentence:
6. Date sentence imposed: 1/28/03
7. Defendant incarcerated? (x) Yes.
8. Financial Status: Fee paid? (x) N/A Counsel previously appointed
9. Notice of Appeal was filed on 4/26/07.
10. Court Reporter: N/A

    PHONE #
11. Trial Counsel: Richard F Koch previously appointed

    PHONE #
12. Trial counsel was: (x) Previously Appointed.

    Is there any reason why trial counsel should not be appointed on appeal? () yes () No
13. Assistant U.S. Attorney: John Marti PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:
15. Additional Comments:

Prepared by: GMO