# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 07-2059**

**Stephen Erhart,**

**Appellant**

**v.**

**United States,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-04461-DWF)

---

## JUDGMENT

Before MURPHY, SMITH, and COLLOTON, Circuit Judges

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

October 04, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans