**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-2059**

**Stephen Erhart,**

**Appellant**

**v.**

**United States,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:06-cv-04461-DWF)

---

**MANDATE**

In accordance with the judgment of October 04, 2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 18, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit